# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

FRANK JAMES CAPOZZI, SR. AND KRISANDRA LEE CAPOZZI, : No. 187 MM 2015

Petitioners

v.

COMMON PLEAS COURT OF LUZERNE COUNTY,

Respondent

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of January, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED**.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.